IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00987-LTB

ANTONIO DWAN WILLIAMS,

    Plaintiff,

v.

COLORADO SPRINGS POLICE DEPARTMENT,
EL PASO COUNTY, and
THE STATE OF COLORADO,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 7, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 7th day of May, 2014.

                  FOR THE COURT,

                  JEFFREY P. COLWELL, Clerk

                  By: s/K Lyons
                      Deputy Clerk